1
2
3
4
5
6              UNITED STATES DISTRICT COURT
7                   DISTRICT OF NEVADA
8                          * * *
9   CHI XIA,                          | Case No. 3:16-cv-00651-HDM-VPC
10                        Petitioner,  |            ORDER
        v.
11
    NEVADA ATTORNEY GENERAL, et al.,
12
                        Respondents.
13
14        This action is a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

15  Before the court is petitioner's counseled, unopposed motion for extension of time to file

16  a second-amended petition (ECF No. 18).  Good cause appearing,

17        **IT IS ORDERED** that petitioner's motion for extension of time to file a second-

18  amended petition (ECF No. 18) is **GRANTED**.  Petitioner shall file and serve the

19  second-amended petition on or before October 22, 2018.

20
21
22
23        DATED: July 30, 2018.

24                                    _Howard D. McKibben_
                                      _____
25                                    HOWARD D. MCKIBBEN
                                      UNITED STATES DISTRICT JUDGE
26
27
28
                                    1