# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHI XIA, | Case No.: 3:16-cv-00651-HDM-CBC |
| Petitioner | |
| v. | **ORDER** |
| NEVADA ATTORNEY GENERAL, et al., | |
| Respondents | |

This action is a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Before the court are petitioner's unopposed second and third motions for extension of time to file a second-amended petition. Good cause appearing,

**IT IS ORDERED** that petitioner's second and third motions for extension of time to file a second-amended petition (ECF Nos. 21, 22) are both **GRANTED** *nunc pro tunc.*

Dated: February 28, 2019

_____
HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE