# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHI XIA,<br><br>    Petitioner<br><br>v.<br><br>NEVADA ATTORNEY GENERAL, et al.,<br><br>    Respondents | Case No.: 3:16-cv-00651-HDM-CLB<br><br>**ORDER** |

This action is a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Before the court is respondents' motion for extension of time to file an answer to the first-amended petition. Good cause appearing,

**IT IS ORDERED** that respondents' first motion for extension of time to file an answer to the first-amended petition (ECF No. 35) is **GRANTED**. Respondents shall file their answer on or before June 9, 2020.

Dated: April 15, 2020

_____
HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE